**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

| | |
|---|---|
| MIRANDA STOVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00336 |
| | ) |
| JEFFERSON COUNTY BOARD OF | ) |
| EDUCATION, d/b/a JEFFERSON COUNTY | ) |
| PUBLIC SCHOOLS, | ) |
| | ) |
| MARTY POLLIO, in his official capacity as | ) |
| Superintendent of Jefferson County Public | ) |
| Schools, | ) |
| | ) |
| AMANDA HERZOG, in her official capacity | ) |
| as Assistant General Counsel to Jefferson | ) |
| County Public Schools, | ) |
| | ) |
| and | ) |
| | ) |
| NCS Pearson, Inc., a Minnesota corporation, | ) |
| d/b/a Pearson VUE, | ) |
| | ) |
| Defendants. | ) |

---

### NOTICE OF CONSTITUTIONAL QUESTION

---

Plaintiff Miranda Stovall, through her undersigned counsel, hereby gives notice pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(A) that her Complaint draws into question the constitutionality of the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, as inconsistent with the First Amendment. The specific constitutional question involved is whether, if the Copyright Act does bar a school from providing a concerned parent copies of surveys to be administered to her children, that application of the Copyright Act violates the First Amendment by preventing the dissemination of information of value to the public for purposes such as criticism, public comment,

news reporting, political advocacy, and discussion. *See, e.g.*, *Sorrell v. IMS Health Inc.*, 564 U.S. 552, 570 (2011) ("This Court has held that the creation and dissemination of information are speech within the meaning of the First Amendment."). Pursuant to Federal Rule of Civil Procedure 5.1(a)(2), a copy of this notice and the Complaint will be served on the Attorney General of the United States by certified or registered mail.

Respectfully submitted,

June 6, 2024.

/s/ Braden H. Boucek
Braden H. Boucek
  Tenn. BPR No. 021399
  Ga. Bar No. 396831
Benjamin I. B. Isgur
  Va. Bar No. 98812
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Tel.: (770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)
50 East Rivercenter Blvd., Ste. 1280
Covington, KY 41011
513-257-1895 (v)
chris@cwiestlaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing will be served this 6th day of June, 2024, on the Attorney General of the United States by certified or registered mail, and upon the other parties in this action with service of the complaint.

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)