UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | | |
|---|---|---|
| MIRANDA STOVALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-cv-00336-GNS |
| | ) | |
| JEFFERSON COUNTY BOARD OF EDUCATION, d/b/a JEFFERSON COUNTY PUBLIC SCHOOLS *et al.* | ) ) ) ) | |
| Defendant. | | |

**AGREED ORDER**

By agreement of Plaintiff Miranda Stovall and Defendant NCS Pearson, Inc., and pursuant to LR 7.1(b), and the Court being otherwise fully and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that NCS Pearson, Inc. is granted an additional 30 days to answer or otherwise respond to Plaintiff's Complaint. NCS Pearson, Inc. shall respond to the Complaint on or before **July 29, 2024**.

_____
CHIEF JUDGE GREG N. STIVERS,
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY

DATE: _____

**HAVE SEEN AND AGREED:**

/s/ Benjamin Isgur (with permission)
Braden H. Boucek
Benjamin I.B. Isgur
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

Christopher Wiest
50 East Rivercenter Blvd., Ste. 1280
Covington, KY 41011
chris@cwiestlaw.com
*Counsel for Plaintiff*

/s/ Samuel W. Wardle
Cory Skolnick
Samuel W. Wardle
FROST BROWN TODD LLP
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Phone: (502) 589-5400
Fax: (502) 581-1087
cskolnick@fbtlaw.com
swardle@fbtlaw.com
*Counsel for Defendant,*
*NCS Pearson, Inc.*

EN20896.Public-20896   4874-5390-1260v1