UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| MIRANDA STOVALL | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON COUNTY BOARD OF EDUCATION, d/b/a JEFFERSON COUNTY PUBLIC SCHOOLS, | ) ) ) ) |
| MARTY POLLIO, in his official capacity as Superintendent of Jefferson County Public Schools, | ) ) ) ) |
| AMANDA HERZOG, in her official capacity as Assistant General Counsel to Jefferson County Public Schools, | ) ) ) ) |
| and | ) ) |
| NCS Pearson, Inc., a Minnesota corporation, d/b/a Pearson VUE, | ) ) ) ) |

CASE NO. 3:24-CV-336-GNS

*Electronically Filed*

**ORDER**

THIS MATTER is before the Court on the Motion of Defendant NCS Pearson, Inc. to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Having considered the Motion, and being otherwise duly advised, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Plaintiff's Complaint is dismissed in its entirety for lack of subject-matter jurisdiction.

ENTERED this _____ day of _____, 20_____.

_____
U.S. District Court Judge

Tendered by:

Cory J. Skolnick
Samuel W. Wardle
J. Austin Hatfield
FROST BROWN TODD LLP
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Phone: (502) 589-5400
Fax: (502) 581-1087
cskolnick@fbtlaw.com
swardle@fbtlaw.com
ahatfield@fbtlaw.com

*Counsel for Defendant,*
*NCS Pearson, Inc.*

0157896.0790549   4885-6906-1332