UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MIRANDA STOVALL                                                                     Plaintiff

v.                                                                     Civil Action No. 3:24-cv-336-RGJ

JEFFERSON COUNTY BOARD OF                                              Defendant
EDUCATION, ET AL.

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 12(b)(1) and Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) The Court lacks subject-matter jurisdiction.

(2) This action is **DISMISSED** without prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

March 18, 2025

Rebecca Grady Jennings, District Judge
United States District Court