## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 17, 2025

Mr. Benjamin Isgur
Mr. Braden H. Boucek
Southeastern Legal Foundation
560 W. Crossville Road
Suite 104
Roswell, GA 30075

Mr. Christopher Tyson Gorman
Mr. Sean Gregory Williamson
Wyatt, Tarrant & Combs
400 W. Market Street
Suite 2000
Louisville, KY 40202

Mr. Cory J. Skolnick
Mr. John Austin Hatfield
Mr. Samuel W. Wardle
Frost Brown Todd
400 W. Market Street
Suite 3200
Louisville, KY 40202-3363

Mr. Christopher David Wiest
Law Office
50 E. Rivercenter Boulevard
Suite 1280
Covington, KY 41011

> Re: Case No. 25-5357, *Miranda Stovall v. Jefferson County, KY Board of Education, et al*
> Originating Case No. : 3:24-cv-00336

Dear Counsel,

    This appeal has been docketed as case number **25-5357** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the

Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **May 1, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

               Sincerely yours,

               s/Angela L. Ferguson
               Case Manager
               Direct Dial No. 513-564-7044

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 25-5357

MIRANDA STOVALL

        Plaintiff - Appellant

v.

JEFFERSON COUNTY, KY BOARD OF EDUCATION, doing business as Jefferson County Public Schools; MARTY POLLIO, in his official capacity as Superintendent of Jefferson County Public Schools; AMANDA HERZOG, in her official capacity as Assistant General Counsel to Jefferson County Public Schools; NCS PEARSON, INC, a Minnesota corporation doing business as Pearson VUE

        Defendants - Appellees